IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DAVID W. EVANS | § | |
| VS. | § | CIVIL ACTION NO. 9:13-CV-302 |
| RUTH BROUWER, *et al.*, | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, David W. Evans, an inmate confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends plaintiff's motion for temporary and/or permanent injunction be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct

---

[1] Plaintiff filed objections on December 10, 2014 (docket entry no. 56). These objections pertained to the Report and Recommendation addressing defendant Zwar's motion to dismiss. The Clerk of Court erroneously entitled the entry as objections to both Report and Recommendations addressing defendant Zwar's Motion to Dismiss and Plaintiff's Motion for Temporary and/or Permanent Injunction. A review of this pleading revealed no substantive objection to the above-referenced Report and Recommendation dealing with plaintiff's Motion for Temporary and/or Permanent Injunction.

and the report of the Magistrate Judge is **ADOPTED**.

 **It is SO ORDERED.**

**SIGNED this 4th day of March, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE